UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alt Platform, Inc.,

                Plaintiff,

    -against-

Joseph Barucci,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/19/2024___

23 Civ. 10737 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

On December 12, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by February 12, 2024. ECF No. 10. Those submissions are now overdue.

Accordingly, by **April 5, 2024**, the parties shall submit their joint letter and proposed case management plan as well as indicate whether they consent to conduct further proceedings before the assigned magistrate judge.

SO ORDERED.

Dated: March 19, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge