```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/08/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alt Platform, Inc.,

                Plaintiff,

       v.                                        23 Civ. 10737 (AT)

Joseph Barucci,                                **ORDER**

                Defendant.

ANALISA TORRES, United States District Judge:

      The parties indicate in Paragraph 1 of the proposed case management plan that they consent to conducting all further proceedings before the assigned magistrate judge. ECF No. 26. Accordingly, by **April 12, 2024**, the parties shall file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, available at https://nysd.uscourts.gov/node/754.

      If the parties do not consent, the Court directs the parties to submit a revised proposed case management plan. The parties' proposed case management plan proposes that fact discovery close on October 25, 2024. Fact discovery is not to exceed 120 days, unless the Court finds that the case presents unique complexities or other exceptional circumstances. A deadline of October 25, 2024, exceeds 120 days, and the Court has not found that this case presents unique complexities or other exceptional circumstances. Accordingly, if the Court is to retain jurisdiction, by **April 22, 2024**, the parties shall file a revised proposed case management plan that is consistent with the Court's rules.

      SO ORDERED.

Dated: April 8, 2024
       New York, New York

                                                      ANALISA TORRES
                                            United States District Judge