UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alt Platform, Inc.,

                Plaintiff,

-against-

Joseph Barucci,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/03/2024
```

23 Civ. 10737 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 6, 2024, the Court stayed the parties' discovery deadlines pending the outcome of mediation. ECF No. 33. The Court directed the parties to file a joint status update indicating the outcome of mediation by June 25, 2024, and if they had not reached a resolution through mediation, to submit a proposed revised case management plan by June 28, 2024. *Id.* No submissions have been received.

    Accordingly, by **July 10, 2024**, the parties shall file a status update with respect to mediation. If a resolution of this case has not been reached, by **July 12, 2024**, the parties shall file a proposed revised case management plan.

    SO ORDERED.

Dated: July 3, 2024
       New York, New York

                                                ANALISA TORRES
                                       United States District Judge